# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

**ORDER**

In Re Genesisintermedia, Inc. Litigation,

    Civil No. 03-3471 (RHK/AJB)

-------------------------------------------------------------------------

James P. Stephenson, in his capacity as trustee for
the estate of MJK Clearing, Inc.,

                      Plaintiff,        Civil No. 02-4845 (RHK/AJB)

       -v.-

Deutsche Bank AG et al.,

                      Defendants.

-------------------------------------------------------------------------

Stockwalk Group, Inc., et al.,

                      Plaintiffs,      Civil No. 04-4164 (RHK/AJB)

       -v.-

Deutsche Bank AG et al.,

                      Defendants.

-------------------------------------------------------------------------

Ferris, Baker Watts, Inc.,

                      Plaintiff,

      - v.-                         Civ. No. 02-3682 (RHK/AJB)

Deutsche Bank Securities Limited, et al.,

                      Defendants.

-------------------------------------------------------------------------

Wedbush Morgan Securities, Inc.,

                        Plaintiff,           Civil No. 03-5198 (RHK/AJB)

-v.-

Deutsche Bank AG et al.,

                        Defendants.

------------------------------------------------------------------------

CIBC World Markets, Inc.,

                        Plaintiff,

     - v.-                       Civ. No. 04-1469 (RHK/AJB)

Deutsche Bank Securities Limited, et al.,

                        Defendants.

---

     Defendant Breedon's Motion to File an Omnibus Summary Judgment Motion and to Expand Word Count Limits is **GRANTED IN PART** as follows:

    1. He may file an Omnibus Summary Judgment Motion; and

    2. The word count limitation applicable to his summary judgment motion is expanded to 24,000 words cumulatively for opening and reply briefs.

Dated:   March 23, 2005

                                               s/Richard H. Kyle
                                             RICHARD H. KYLE
                                             United States District Judge