**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Ferris, Baker Watts, Inc.,

                Plaintiff,

v.                                    Civil No. 02-3682 (RHK/AJB)
                                            **ORDER**

Deutsche Bank Securities Ltd., et al.,

                Defendants.

---

E*TRADE Securities, Inc.,

                Plaintiff,        Civil No. 02-3711 (RHK/AJB)
v.                                              **ORDER**

Deutsche Bank AG, et al.,

                Defendants.

---

James P. Stephenson,

                Plaintiff,        Civil No. 02-4845 (RHK/AJB)
                                              **ORDER**
v.

Deutsche Bank AG, et al.,

                Defendants.

---

In Re Genesis Intermedia, et al.,                Civil No. 03-3471 (RHK/AJB)
                                                         **ORDER**

Wedbush Morgan Securities, Inc.

          Plaintiff,      Civil No. 03-5198 (RHK/AJB)
                               **ORDER**

v.

Deutsche Bank AG, et al.,

          Defendants.

---

E*TRADE Securities, Inc.,

          Plaintiff,      Civil No. 03-5311 (RHK/AJB)
                               **ORDER**

v.

Nomura Canada, Inc., et al.,

          Defendants.

---

CIBC World Markets, Inc.,

          Plaintiff,      Civil No. 04-1469 (RHK/AJB)
                               **ORDER**

v.

Deutsche Bank Securities, Inc., et al.,

          Defendants.

_____

Stockwalk Group, Inc., et al.,

                           Plaintiff,         Civil No. 04-4164 (RHK/AJB)
                                                 **ORDER**

v.

Deutsche Bank AG, et al.,

                           Defendants.

_____

      In view of the voluminous submissions relating to the motions scheduled for oral argument on August 5, 2005, the Court has determined to continue that hearing date for approximately 30 days.  The parties are directed to confer with respect to a new hearing date within the period September 6-16, 2005, and advise the Court of the agreed upon date.  In the absence of an agreement, the Court will establish the date.

      Accordingly, **IT IS ORDERED** that the August 5, 2005 hearing date is **CONTINUED** until further Order of the Court.

Dated: July 25, 2005

                                                            s/Richard H. Kyle
                                                             RICHARD H. KYLE
                                                              United States District Judge