# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

In Re GenesisIntermedia, et al.,  Civil No. 03-3471 (RHK/AJB)
**ORDER**

---

Stockwalk Group, Inc., et al.,

              Plaintiff,

                                    Civil No. 04-4164 (RHK/AJB)
                                    **ORDER**

v.

Deutsche Bank AG, et al.,

              Defendants.

---

      Filing of trial materials in each of the above-captioned actions is **STAYED** pending further order of the Court.[1]

Dated: November 28, 2005                                      s/Richard H. Kyle
                                                                                 RICHARD H. KYLE
                                                                                 United States District Judge

---

[1] The undersigned is now scheduled to begin a four-week, five-defendant, criminal trial on January 9, 2006; accordingly, it is unlikely that either of the above-captioned cases will be called for trial before March 1, 2006.