**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

In Re: GenesisIntermedia, Inc.  Civ. No. 03-3471 (RHK/AJB)
Securities Litigation,  **ORDER**

Samuel D. Heins, Bryan L. Crawford, and Daniel C. Hedlund, Heins Mills & Olson, PLC, Minneapolis, MN, Plaintiffs' Liaison Counsel.

Jeffrey H. Squire and Ira M. Press, Kirby McInerney & Squire, LLP, New York, NY; and Peter A. Pease, Todd A. Seaver, Julie Richmond, Josheph J. Tabacco, Jr., Nicole Lavellee, and Michael W. Stocker, Berman DeValerio Pease Tabacco Burt & Pucillo, Boston, MA, and San Francisco, CA, Plaintiffs' Co-Lead Counsel.

Michael E. Keys, Erin J. Minkler, and Heidi A.O. Fisher, Oppenheimer Wolff & Donnelly LLP, Minneapolis, MN; and James H.R. Windels, David B. Toscano, and Benjamin Allee, Davis Polk & Wardwell, New York, NY, for the Deutsche Bank Defendants.

Madge S. Thorsen, Thorsen Kaplan LLP, Minneapolis, MN; and Daniel Bryden, Kelly & Berens, P.A., Minneapolis, MN, for Defendants Nomura Securities International, Inc., Nomura Canada Inc., and Scott Reed.

Greg A. Danilow, Seth Goodchild, Joshua S. Amsel, and Joanna R. Varon, Weil, Gotshal & Manges LLP, New York, NY, for Defendant Nomura Securities International, Inc.

Michael J. Dell and Jonathan M. Wagner, Kramer Leven Naftalis & Frankel LLP, New York, NY, for Defendants Nomura Canada Inc. and Scott Reed.

Teresa J. Kimker, Halleland Lewis Nilan & Johnson, Minneapolis, MN; and Richard M. Strassberg, Jeffrey A. Simes, Yvonne M. Cristovici, Goodwin Procter LLP, New York, NY, for Defendant Wayne Breedon.

Upon the letter request (attached) of Michael J. Dell of the law firm Kramer Levin Naftalis & Frankel LLP, counsel for Nomura Canada Inc. and Scott Reed, the above listing of counsel is substituted for the listing of appearances in the Court's December 5, 2005

Memorandum Opinion and Order denying class certification (Doc. No. 418).[1]  The appearances reflect all counsel who appeared—at the hearing or on the briefs—in connection with the Motion for Class Certification (Doc. No. 217).

Dated: December 28, 2005                              s/Richard H. Kyle
                                                     Richard H. Kyle
                                                     United States District Judge

---

[1] The Court questions whether the instant request would have been made had the Court granted Plaintiffs' Motion for Class Certification.